on that subject to protect their rights. Motion for reargument denied. See 58 N. Y. Supp. 1139.

DE VITO, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by Vincenzo De Vito against the Press Publishing Company. No opinion. Order affirmed, without costs.

DEVLIN, Respondent, v. HINMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by John Devlin against Mary E. Hinman. No opinion. Order modified, on argument, so as to direct the referee to report the proofs, with his opinion and determination thereon, and, as modified, affirmed, without costs.

DEVLIN, Respondent, v. HINMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) Action by John Devlin against Mary E. Hinman. No opinion. Order affirmed, without costs.

DEVLIN, Plaintiff, v. HINMAN, Defendant. (Supreme Court, Appellate Division, Second Department. May, 1899.) Action by John Devlin against Mary E. Hinman. No opinion. Application for leave to appeal to the court of appeals granted, and question certified.

DEY, Respondent, v. MANHATTAN REAL ESTATE & LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by Charles Dey against the Manhattan Real-Estate & Loan Company. No opinion. Judgment of the municipal court affirmed, with costs.

DOLAN, Respondent, v. ANTHONY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) Action by T. Frank Dolan against Ada M. Anthony. No opinion. •Judgment and order affirmed, with costs.

DU BOIS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by James Du Bois against the city of New York. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

EARLE, Appellant, v. KINGSLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Frank M. Earle against Wellington W. Kingsley. No opinion. Judgment affirmed, with costs.

ECKERT v. GALLIEN. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by William H. Eckert against Brace M. Gallien. No opinion. Motion denied. See 58 N. Y. Supp. 85.

EDALL, Respondent, v. NEW ENGLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May, 1899.) Action by Joseph Edall against the New England Railroad Company. No opinion. Appeal from order denying motion for new trial on the ground of newly-discovered evidence dismissed, without costs of this appeal to either party. See 57 N. Y. Supp. 914.

EISINGER, Respondent, v. BETZ, Appellant. (Supreme Court, Appellate Term. June 28, 1899.) Action by John Eisinger against Karolina Betz. There was a judgment for defendant, and plaintiff appeals. Affirmed. Holt & Gaillard, for appellant. Langbein Bros. & Langbein, for respondent.

PER CURIAM. Judgment affirmed, with costs to the respondent.

ELLIS, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by Christopher C. Ellis against the Manhattan Railway Company. S. Smith, for appellant. W. N. O'Neil, for respondent.

PER CURIAM. Judgment modified, by reducing amount awarded for fee damage to $3,-500, and by reducing the amount awarded for rental damage, costs, interest, and allowances to $3,700.86, and, as so modified, affirmed, without costs to either party.

In re ENGELBRECHT. (Supreme Court, Appellate Division, First Department. June 16, 1899.) In the matter of Anthony Engelbrecht. No opinion. Motion granted, with $10 costs.

ENGLAND, Appellant, v. MORNING JOURNAL ASS'N, Respondent. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) Action by Benjamin F. England against the Morning Journal Association. No opinion. Judgment and order unanimously affirmed, with costs.

ERNST–MARX–NATHAN CO., Respondent, v. BERWIN, Appellant. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by the Ernst-Marx-Nathan Company against Rose Berwin. T. F. Hamilton, for appellant. M. S. Wise, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FAILE et al. v. CRAWFORD. (Supreme Court, Appellate Division, First Department. December Term, 1898.) Action by Samuel Faile and another against Henry J. Crawford. No opinion. Motion denied. See 54 N. Y. Supp. 264.

FARLEY, Appellant, v. EMIGRANT INDUSTRIAL SAV. BANK, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by Terence Farley, as administrator, against the Emigrant Industrial Savings Bank. R. L. Redfield, for appellant. D. Bailey, for respondent. No opinion. Judgment affirmed, with costs.

FERRIS, Appellant, v. BYRNE, Respondent. (Supreme Court, Appellate Division, Sec-